# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Ronald McClary, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:18-cv-00140-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Kalinski et al | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 5, 2018 Order.

September 5, 2018

_Frank G. John_

Frank G. Johns, Clerk
United States District Court